LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

OCT 15 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

October 10, 2007

Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Lorenzo Rodriguez et al.
     07 CR 699 (HB)

Dear Judge Baer:

I write as CJA appointed counsel for Lorenzo Rodriguez, the lead defendant in the above captioned case. I am writing to request your authorization for payment for trial hours, in the event we go to trial, of my associate, Avrom Robin, so that he may assist me ("second seat") at trial.

18 USC § 3006A, which provides for adequate representation of defendants, authorizes expenses necessary for adequate representation of financially eligible persons.

Mr. Robin has worked closely with me on this case, pre-trial. Mr. Robin's full time assistance is needed in the courtroom to aid me in trial matters, especially because I have other Southern District trials starting immediately before and after this one, as I explained to you today.

The government will have two attorneys present as a matter of course.

If I were retained privately in a similar case, I would insist that my client hire a second attorney in order to assist me at trial.

Last year, and the year before, two of your colleagues authorized a similar request from me for a trial, also in the Southern District.

Enclosed are two copies of a proposed Order, should you grant this request. Please mail one copy to my office, so that I may submit it with my bill at the end of the case.

Very truly yours,

IRA D. LONDON

Enclosure

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 10/23/07

[Handwritten annotation across page, partially legible:] I have 3 obvious problems with this CJA application — (1) the AUSA told me yesterday that there will be only one AUSA trying this case with an agent at counsel table; (2) I always see if — now —  ... [illegible]

Endorsement:

I have 3 thoughts:

1. Obviously only one attorney's time is billable.

2. CJA adm. tells me this is allowed only for complicated cases and the AUSA says this is not complicated.

3. Let's wait and see if there is a trial for your client - for now what you have billed will be OK.