LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL:
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
            indspring.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

November 7, 2007

Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re:   United States v. Lorenzo Rodriguez et al.
      07 CR 699 (HB)

Dear Judge Baer:

I am in receipt of the November 6, 2007 letter from Attorney Robert Blossner to the Court. I am prepared to start trial in this matter either January 4th, 2008 or January 7th, 2008. I can not start trial on January 14th, 2008 as I am beginning a trial on January 22, 2008 before Judge Daniels (US v. Jacomino).

Respectfully submitted,

IRA D. LONDON

CC:
Ellyn I. Bank, Esq.
David Segal, Esq.
Joan Palermo, Esq.
Robert Blossner, Esq.
A.U.S.A. Todd Blanche

[Handwritten note from Judge:] I your military [illegible] trial set to start on 1/4/8

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 11/7/07

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
NOV 0 6 2007
U.S. DISTRICT JUDGE
S D NY

November 5, 2007

**By Facsimile**

Ira D. London, Esq.
Law Office of Ira D. London
245 Fifth Avenue, Ste. 1900
New York, NY 10016

Ellyn I. Bank, Esq.
30 Vesey Street
Suite 100
New York, NY 10007

David Segal, Esq.
30 Vesey St., Room 900
New York, NY 10007

Louis R. Aidala, Esq.
597 Fifth Avenue
New York, NY 10017

Robert Blossner, Esq.
30 Vesey St., Room 900
New York, NY 10007

    Re:  United States v. Rodriguez et al.
        07 Cr. 699 (HB)

Dear Counsel:

    Judge Baer's Chambers has informed me that the trial date in the above-referenced case has been changed. Jury selection and trial will begin on Friday, January 4, 2008, at 10:00 a.m.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: *Todd Blanche*
    Todd Blanche
    Assistant United States Attorney
    (212) 637-2494 (tel.)
    (212) 637-2937 (fax)

cc: Honorable Harold Baer
    (attn: Dennis Swain)
    (by facsimile)

TOTAL P.02

TOTAL P.02

Endorsement:

    If you look in your mailbox you will see the trial is set to start on 1/4/08.