LAW OFFICES OF
**IRA D. LONDON**

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

November 14, 2007

Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:      **United States v. Lorenzo Rodriguez et al.**
                   **S1 07 CR 699 (HB)**

Dear Judge Baer:

    I write on behalf of my client, Lorenzo Rodriguez.

    I request that the Court allow Mr. Rodriguez to join in the pre-trial motions made by his co-defendants Bryant De Los Santos, Demi Abriham and Pedro Cabrera, to the extent that those motions also apply to Mr. Rodriguez.

Respectfully submitted,

IRA D. LONDON

cc:
A.U.S.A. Todd Blanche

Ellyn I. Bank, Esq.
David Segal, Esq.
Louis Aidala, Esq.
Robert Blossner, Esq.