LAW OFFICES OF
# IRA D. LONDON

**AVROM ROBIN**

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1800
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: Iradlondon@aol.com
avrom@mindspring.com

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

NOV 16 2007

November 14, 2007

Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **United States v. Lorenzo Rodriguez et al.**
S1 07 CR 699 (HB)

Dear Judge Baer:

I write on behalf of my client, Lorenzo Rodriguez.

I request that the Court allow Mr. Rodriguez to join in the pre-trial motions made by his co-defendants Bryant De Los Santos, Demi Abriham and Pedro Cabrera, to the extent that those motions also apply to Mr. Rodriguez.

Respectfully submitted,

IRA D. LONDON

cc:
A.U.S.A. Todd Blanche

Ellyn I. Bank, Esq.
David Segal, Esq.
Louis Aidala, Esq.
Robert Blossner, Esq.

*[Handwritten note from Judge: "I have no objection + no word from AUSA at least as of [illegible]"]*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
11/16/07