LAW OFFICES OF
# IRA D. LONDON

**AVROM ROBIN**

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1800
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

November 27, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

Honorable Harold Baer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 1007-1581

<u>United States v. Lorenzo Rodriguez</u>
SI 07 Cr. 699 (HB)

Dear Judge Baer:

I write regarding my client Lorenzo Rodriguez, a defendant in the above captioned case.

I write to respectfully request approval for translation of a proposed plea agreement from English into Spanish, Mr. Rodriguez's native language. Mr. Rodriguez does not read, write or speak English.

| | |
|---|---|
| Interpreter to performed the translation: | Mario Michelena (Federally Certified) |
| Period worked by the Interpreter: | November 21 – 22, 2007 |
| Rate per word, 3,134 words: | Standard CJA rate, .25 per word |
| For a total of: | $783.50 |

Thank you for your consideration in this matter.

Very truly yours,

*[signature]*

AVROM ROBIN

SO ORDERED:
Prior approval for payment of translation of plea agreement from English to Spanish by certified interpreter Mario Michelena on Nov. 21-22, 2007 in the amount of $783.50 is hereby given.
Date: November 28, 2007

*[signature]*
Honorable Harold Baer, U.S.D.J.