LAW OFFICES OF
**IRA D. LONDON**

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1800
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

November 27, 2007

Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

     Re:   <u>United States v. Lorenzo Rodriguez et al.</u>
          07 CR 699 (HB)

Dear Judge Baer:

  I write on behalf of my client, Lorenzo Rodriguez.

  Although I am hopeful at this moment that Mr. Rodriguez will reach a disposition with the Government before the scheduled trial date, as I have previously advised your Honor, I can not start this trial on January 14th, 2008 as I am beginning previously scheduled multidefendant trial on January 22, 2008 before Judge Daniels, United States v. Olmeda Rueda (Ignacio Jeronimo), 06 CR 698.

Respectfully submitted,

IRA D. LONDON

Cc: A.U.S.A. Todd Blanche

---

*Handwritten annotation by the Court:* If for any reason you will not be ready and on trial — we insist a disposition to go to trial immediately be arranged. PTC — Your responsibility — Keep all of us informed.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 11/29/07

Endorsement:

If for any reason you will not be reaching a disposition and are ready to go to trial we will immediately arrange another PTC - your responsibility is to keep all of us informed.