```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    PRIOR FELONY INFORMATION

         - v. -                  :    S3 07 Cr. 699 (HB)

LORENZO RODRIGUEZ,               :
     a/k/a "Flaco"
                                 :

              Defendant.
                                 :
- - - - - - - - - - - - - - - - -x
```

The United States Attorney charges:

On or about July 24, 2003, in New York Supreme Court, Bronx County, LORENZO RODRIGUEZ, a/k/a "Flaco," the defendant, was convicted upon a plea of guilty of a felony relating to narcotic drugs, namely, Criminal Sale of a Controlled Substance.

Accordingly, LORENZO RODRIGUEZ, a/k/a "Flaco," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 851.)

Dated:   New York, New York
         January 7, 2008

                                        _____
                                        MICHAEL J. GARCIA
                                        United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2007