LAW OFFICES OF
# LONDON & ROBIN

**IRA D. LONDON**
**AVROM ROBIN**
———————
**MEREDITH S. HELLER**
OF COUNSEL
**ROBERT M. SILVERSTEIN**

245 FIFTH AVENUE
SUITE 1900
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
Email: iradlondon@aol.com
avrom@mindspring.com
msheller1@earthlink.net

VIA ECF

July 31, 2008

Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

           **Re:**        **United States v. Lorenzo Rodriguez et al.**
                        **07 CR 699 (HB)**

Dear Judge Baer:

      The sentence in the above matter is currently scheduled for Thursday, August 7, 2008 at 10:00 a.m. As we have just recently received the Presentence Report in this matter, we are unprepared to go forward on that date.

      Wherefore it is respectfully requested that the sentencing in the above matter be adjourned to the week of September 22, 2008. A.U.S.A. Todd Blanche consents to this request.

Respectfully submitted,

IRA D. LONDON

Cc:    A.U.S.A. Todd Blanche